TYSON & MENDES LLP
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:   (702) 724-2648
Fax:   (702) 938-1048
*Attorneys for Defendant Peckham Lane Townhouse Association, Inc.*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 23 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-26, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>PECKHAM LANE TOWNHOUSE ASSOCIATION, INC., a Nevada non-profit cooperative corporation,<br><br>Defendant. | CASE NO.: 3:18-CV-00196-LRH-VPC<br><br>NOTICE OF SETTLEMENT AND STIPULATION |

NOTICE IS HEREBY GIVEN that Plaintiff The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-26 ("BNYM"), has settled its disputes with Defendant Peckham Lane Townhouse Association, Inc. ("Peckham Lane") (collectively the "Parties"). The Parties anticipate that the execution and performance of the terms of the settlement agreement will be completed within forty five (45) days of the date of this notice.

The Parties request that all pending deadlines, filing requirements, and hearings be vacated, including the Case Management Conference set for October 25, 2018 at 9:00 a.m. The

Parties further request that the Court set a deadline of sixty (60) days from the date of this notice within which to file a Motion to Dismiss.

IT IS SO STIPULATED.

DATED: October 22, 2018.

| ZIEVE BRODNAX AND STEELE | TYSON & MENDES LLP |
|---|---|
| */s/ J. Stephen Dolembo, Esq.* | */s/ Christopher A. Lund* |
| J. Stephen Dolembo, Esq. | Christopher A. Lund, Esq. |
| Nevada Bar No. 9795 | Nevada Bar No.12435 |
| 9435 West Russell Road, Suite 120 | 3960 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89169 |
| sdolembo@zbslaw.com | clund@tysonmendes.com |
| *Attorney for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-26* | *Attorney for Defendant Peckham Lane Townhouse Association, Inc.* |

## ORDER

Having reviewed the Notice of Settlement and the Parties' stipulation, the Court makes the following findings and conclusions:

1. BNYM and Peckham Lane have reached a settlement,
2. The Parties have stipulated to filing a Motion to Dismiss within sixty (60) days of their Notice of Settlement and Stipulation,
3. In light of the settlement and stipulation, there is good cause to vacate all pending deadlines, filing requirements, and hearings, including the Case Management Conference set for October 25, 2018 at 9:00 a.m.

WHEREFORE, IT IS ORDERED THAT:

1. The Parties shall file a Motion to Dismiss within sixty (60) days of the date of the Notice of Settlement and Stipulation, and
2. All other pending deadlines, filing requirements, and hearings, including the Case Management Conference set for October 25, 2018 at 9:00 a.m. are vacated.

DATED this 23rd day of October 2018.

_____
U.S. MAGISTRATE JUDGE