**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-26, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>PECKHAM LANE TOWNHOUSE ASSOCIATION, INC., a Nevada non-profit cooperative corporation,<br><br>Defendant. | **CASE NO.: 3:18-CV-00196-LRH- CBC**<br><br>**STIPULATION AND ORDER TO DISMISS PECKHAM LANE TOWNHOUSE ASSOCIATION, INC.** |

Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-26 (hereinafter "Plaintiff"), by and through its attorney of record J. Stephen Dolembo, Esq. of Zieve Brodnax & Steele, LLP, Defendant PECKHAM LANE TOWNHOUSE ASSOCIATION, INC. by and through its attorney of record Christopher A. Lund, Esq. of Tyson & Mendes LLP, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant Peckham Lane Townhouse Association, Inc. is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS HEREBY STIPULATED AND AGREED that no other Defendants have been named in this matter and the Plaintiff's claims herein have been fully and finally resolved.

IT IS SO STIPULATED AND AGREED.

Dated this __13th___ day of December, 2018.

| ZIEVE BRODNAX & STEELE, LLP | TYSON & MENDES LLP |
|---|---|
| /s/J. Stephen Dolembo, Esq.<br>J. Stephen Dolembo, Esq.<br>Nevada Bar No. 9795<br>9435 W. Russell Road, Suite 120<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, Not in its Individual Capacity But as Trustee of ARLP Trust 3* | /s/Christopher A. Lund, Esq.<br>Christopher A. Lund, Esq.<br>Nevada Bar No. 12435<br>3960 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant Peckham Lane Townhouse Association, Inc. |

**Case No.: 3:18-CV-00196-LRH-VPC**

**ORDER OF DISMISSAL**

On this day the court considered the joint stipulation of dismissal submitted by Plaintiff The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-26 ("Plaintiff"), and Defendant Peckham Lane Townhouse Association, Inc. and found that the parties' request has merit and should be **GRANTED**. It is therefore,

1  **ORDERED, ADJUDGED, and DECREED** all claims asserted by the parties, or that
2  could have been asserted by the parties in this case are hereby dismissed with prejudice.
3  All costs are to be borne by the party incurring same.
4  It is the intent of this court that this final judgment disposes of all claims against all
5  parties in the above-styled and -numbered cause and this judgment be, and is, final for all
6  purposes, including, but not limited to, appeal.
7  **IT IS SO ORDERED.**

Dated this 14th day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE